IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:
  ROBERT RAYMOND LECH      CASE NO.: 2:17-MC-029
  OHIO ATTY. REG. NO. 0073078      CHIEF JUDGE EDMUND A. SARGUS, JR.
  RESPONDENT

## ORDER

Robert R. Lech, Respondent, entered into a voluntary settlement with the United States Patent and Trademark Office (USPTO) in which he agreed to a ninety day suspension from the practice of law. On May 10, 2017 the Ohio Supreme Court issued a reciprocal suspension. In response, this Court issued an Order to Show Cause why the Respondent should not be suspended from practice before this Court.

Respondent contends, correctly, that he has now served his ninety day suspension and that further action would enlarge the period agreed to in the settlement agreement with the USPTO. The Order issued by this Court three days ago is **VACATED**.

**IT IS SO ORDERED.**

6-8-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO